IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Qian Williams, | Case No. 1:22-cv-696 |
| Plaintiff, | |
| v. | Judge Susan J. Dlott |
| Drug Enforcement Administration, | Order Adopting Report and Recommendation |
| Defendant. | |

Plaintiff filed this case in November of 2022, seeking to compel the Drug Enforcement Administration ("DEA") to turn over certain documents relating to his criminal case that he believes that the DEA possesses. On December 20, 2022, Plaintiff filed a Motion for Leave to Proceed *in Forma Pauperis*. (Doc. 5.) Magistrate Judge Karen L. Litkovitz issued a Report and Recommendation recommending that the Motion be denied and that Plaintiff be required to pay the full filing fee (Doc. 6) which the Court adopted. (Doc. 8.) Williams has not paid the filing fee or filed anything further in this case. On February 27, 2023, one-and-a-half months after the Court ordered that Williams pay the filing fee, Magistrate Judge Litkovitz issued a Report and Recommendation recommending that the case be dismissed for want of prosecution.

The Court has reviewed the Report and Recommendation. No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's case is **DISMISSED**.

**IT IS SO ORDERED.**

_Susan J. Dlott_
Susan J. Dlott
United States District Judge