**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**QIAN WILLIAMS,**

      **Plaintiff,**

                                          **Case No. 1:22-CV-696**

–vs–

**DRUG ENFORCEMENT
ADMINSITRATION,**

      **Defendant.**

_____

**JUDGMENT**

|   | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Court ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's case is dismissed.

Date:  March 23, 2023

RICHARD W. NAGEL, CLERK

By: s/E.Hiltz

E. Hiltz, Deputy Clerk