IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Qian Williams, | : | |
| | : | Case No. 1:22-cv-696 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Withdrawing Previous Order of Dismissal |
| Drug Enforcement Administration, | : | |
| | : | |
| Defendant. | : | |

Plaintiff filed this case in November of 2022, seeking to compel the Drug Enforcement Administration ("DEA") to turn over certain documents relating to his criminal case that he believes that the DEA possesses. On December 20, 2022, Plaintiff filed a Motion for Leave to Proceed *in Forma Pauperis*. (Doc. 5.) Magistrate Judge Karen L. Litkovitz issued a Report and Recommendation recommending that the Motion be denied and that Plaintiff be required to pay the full filing fee (Doc. 6), which the Court adopted. (Doc. 8.) On February 27, 2023, one-and-a-half months after the Court ordered that Plaintiff pay the filing fee, Magistrate Judge Litkovitz issued a Report and Recommendation recommending that the case be dismissed for want of prosecution. The Court adopted the Report and Recommendation on March 23, 2023 and dismissed the case. (Doc. 10). After the case was dismissed, the Court received the filing fee. Plaintiff filed a Motion to Reconsider Dismissal (Doc. 14) claiming that he attempted to pay the filing fee in March of 2023, after the Court's deadline to pay the filing fee, but prior to the Court's dismissal of this case. Because the Court has now received the full amount of the filing fee, the Court will withdraw its earlier order dismissing the case.[1] However, Plaintiff is warned

---

[1] Plaintiff listed both Case Nos. 1:22-cv-613 and 1:22-cv-696 in the caption of his pending motion. He asserted that the two case numbers are the same case. Case No. 1:22-cv-613 was dismissed on February 17, 2023 after the filing fee was not paid. Plaintiff should not file anything further in Case No. 1:22-cv-613.

that failure to pay the filing fee in a timely manner in any future cases may result in the Court dismissing his case.

    **IT IS SO ORDERED.**

                                                                S/Susan J. Dlott
                                                               Susan J. Dlott
                                                               United States District Judge